UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>MICHAEL E. DURANT; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-05917<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: __SUMMONS & COMPLAINT__

I, _Gerard C. Menichini_, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve MICHAEL E. DURANT the above process on the _26th_ day of _January_, 20_17_, at _9:28_ o'clock, _P_ M, at 750 Camelot Ct Cinnaminson, NJ 08077 1566

**Manner of Service:**

By handing a copy to:

- [ ] An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*
- [ ] The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action *
- [ ] An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action *
- [x] By handing a copy to the Defendant(s)
- [ ] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *
- [ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *
- [ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *
- [ ] By posting a copy of the original process on the most public part of the property pursuant to an order of court

* Name: _Michael E. Durant_
Relationship/Title/Position: _Personal_
Remarks: _____
Description: Approximate Age _30-35_ Height _5'7"_ Weight _175_ Race _Black_ Sex _M_ Hair _Brown_

Defendant was not served because: [ ] Moved  [ ] Unknown  [ ] No Answer  [ ] Vacant

[ ] Other: _____

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _New Jersey_  )
                                     ) SS:
County of _Burlington_               )

Before me, the undersigned notary public, this day, personally appeared _Gerard C. Menichini_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_[signature]_
(Signature of Affiant)

File Number: USA-158333
Case ID #: 4797612

Subscribed and sworn to before me this _7th_ day of _February_ 20_17_.

_[signature]_
Notary Public

CARMELA MENICHINI
Commission # 2346135
Notary Public, State of New Jersey
My Commission Expires
June 21, 2021