**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,     Plaintiff | |
| v. | No. 16-05917 |
| MICHAEL E. DURANT,     Defendant | |

**FILED**

**FEB 2 4 2017**

KATE BARKMAN, Clerk
By_____Dep. Clerk

**DEFAULT JUDGMENT**

AND NOW, this _24th_ day of _February_, 2017, it appearing by

Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of

Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz,

Esquire, that the Complaint in the above-captioned action was filed in the Court on Monday,

November 14, 2016 and, after due service of process on Defendant, MICHAEL E. DURANT,

according to law, no appearance, answer or other defense has been served or filed by or on

behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf

of its Agency, the Department of Education, and against Defendant, MICHAEL E. DURANT, in

the amount of $5,829.37. Judgment is to accrue interest at the current legal rate, compounded

annually until paid in full.

Date: _2/24/17_

                     Clerk, United States District Court
                     EasternDistrict of Pennsylvania

By: _____

                     Deputy Clerk